# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and fourteen.

Before:     Ralph K. Winter,
            *Circuit Judge*.

_____

In Touch Concepts, Inc., DBA ZCOM,
   Plaintiff-Counter-Defendant - Appellant,

v.

Cellco Partnership, DBA Verizon Wireless,
   Defendant-Counter-Claimant - Appellee,

Tom Verghese, Ryan Broomes, Jorge Velez, Anthony Fiocco, Bruno Pavlicek, John/Jane Doe Cellco Partnership DBA Verizon Wireless Personnel, #1-10 so named as their identities have yet to be established,
   Defendants - Appellees,

Ajay Bhumitra, Shelly Bhumitra, Poonam Sawnhey, Bell Atlantic Mobile Systems, Inc.,
   Defendants.

**ORDER**
Docket No. 14-1622

_____

Appellant moves to extend, through September 5, 2014, the time in which to file a brief and appendix.

IT IS HEREBY ORDERED that an extension until September 5, 2014, is granted. Appellant is to understand that the court will not grant any further extensions. The appeal is dismissed effective September 5, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

